390 A.2d 294

Commonwealth v. Krasner, Appellant.

Argued March 21, 1978.
Peter J. Savage, for appellant; Richard Tomsho, Assistant District Attorney for Commonwealth, appellee.

Order affirmed.

JACOBS, P. J., and SPAETH, J., did not participate in the consideration or decision of this case.